IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-MJ- 682 |
| | ) | |
| STEVEN J. SERRANO, | ) | Court Date:December 8, 2025 |
| | ) | |
| Defendant. | ) | |

<u>CRIMINAL INFORMATION</u>

Count I (Class A Misdemeanor – E1425305)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN J. SERRANO, did commit simple larceny not from the person of another of goods and chattels of the value of less than $1,000.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-96.)

Count II (Class A Misdemeanor – E1425306)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN J. SERRANO, did intentionally prevent or attempt to prevent a law enforcement officer from lawfully arresting him.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460.)

Count III (Class B Misdemeanor – E1425306)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 6, 2025, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN J. SERRANO, did receive a visible or audible signal from any law-enforcement officer and attempted to escape or elude such law enforcement officer.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-817.)

Respectfully submitted,

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. McBride
First Assistant United States Attorney

By:      _____/s/_____
Richard W. Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Email: Richard.krupczak@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on December 3, 2025, I filed the foregoing document with the Clerk of

Court using the CM/ECF system, which will cause a true and accurate copy of this document to

be transmitted to counsel of record.

By:     _____/s/_____
Richard W. Krupczak
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3902
Fax: 703-299-3980
Email: Richard.krupczak@usdoj.gov